**ORIGINAL**

# United States Court of Federal Claims

No. 18-191
Filed: August 16, 2018

|  |  |
|---|---|
| DENISE BRADFORD HOLMES,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | |
| THE UNITED STATES,   ) | |
| ) | |
| Defendant.   ) | |

FILED
AUG 1 6 2018
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On February 6, 2018, plaintiff, Denise-Bradford: Holmes, filed a Complaint alleging that she was not a U.S. citizen at birth and that a Social Security Number was wrongfully assigned to her when she was below the age of consent. She further alleges that, because she did not consent to U.S. citizenship or the assignment of a Social Security Number, income tax was wrongfully withheld from her paycheck.

On May 21, 2018, the Court granted the government's Motion for a More Definite Statement, as plaintiff's Complaint did not include sufficient information to litigate her claim. Plaintiff's More Definite Statement was due on July 2, 2018, but the Court has not received any filings of that nature. As such, this Court has no choice but to **DISMISS** plaintiff's case for failure to prosecute, pursuant to Rule 41(b) of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

Loren A. Smith, Senior Judge

7017 1450 0000 6959 9771